**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHARISSA MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:23-cv-00648 |
| v. | ) | |
| | ) | |
| BIOMÉRIEUX, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant bioMérieux ("bioMérieux") gives notice of the removal of the above-styled action to this Court from the Circuit Court of St. Louis County, Missouri.  In support thereof, Defendant states the following:

1.      The action *Charissa Martin v. bioMérieux, Inc.,* Case No. 23SL-CC01533, was filed in the Circuit Court of St. Louis County, Missouri on April 12, 2023.

2.      On April 14, 2023, Defendant informed Plaintiff of its waiver of service of the Petition in this matter.

3.      This Notice of Removal is timely because it is filed within the 30 day period prescribed by 28 U.S.C. § 1446(b) and by Federal Rule 6(a)(1)(C). Fed. R. Civ. P. 6(a)(1)(C).

4.      This action arises from Plaintiff's employment with bioMérieux.  Plaintiff's Petition in the state court asserts a claim for failure to accommodate and discriminatory discharge in violation of the Americans with Disabilities Act of 1990 (the "ADA"), discrimination on the basis of sex/pregnancy under Title VII of the Civil Rights Act or 1964 ("Title VII"), and retaliatory discharge in violation of the ADA and Title VII.

5.      Venue of this civil action is proper in this Court pursuant to 28 U.S.C. § 1441(a).

6.      Pursuant to 28 U.S.C. § 1446(d), Defendants have given written notice of its filing of this Notice to Plaintiff.  Defendants have also simultaneously filed a copy of this Notice with the Circuit Court of St. Louis County, State of Missouri.

7.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendants are attached to this Notice as Exhibit A.

**JURISDICTION BASED ON FEDERAL QUESTION**

8.      This Court has original jurisdiction over this action under 28 U.S.C. § 1331 because Plaintiff asserts claims under federal law, specifically, Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* and The Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 *et seq. See* Exhibit A, Petition ¶¶ 4, 55, 71, 75.

9.      Under 28 U.S.C. § 1441(a), claims or causes of action presented in state court proceedings where the district courts of the United States have original jurisdiction founded on a claim or right arising under the Constitution, treaties, or laws of the United States shall be removable without regard to the citizenship of the parties. Claims under Title VII may be removed to federal court. *Thorn v. Amalgamated Transit Union*, 305 F.3d 826 (8th Cir. 2002). Claims under the ADA may also be removed to federal court. *Lindsey v. Dillard's, Inc.*, 306 F.3d 596 (8th Cir. 2002).

WHEREFORE, Defendant bioMérieux, by and through counsel, desiring to remove this civil action to the United States District Court for the Eastern District of Missouri, Eastern Division, pray that the filing of this petition for and Notice of Removal, the giving of written notice thereof to Plaintiff, and the filing of a copy of this Petition for the Notice of Removal with the clerk of the Circuit Court of St. Louis County, State of Missouri, shall effect the removal of said civil action to this Honorable Court.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART

/s/*Bradley W. Tharpe*
Sarah J. Kuehnel, #61698MO
Bradley W. Tharpe, #71203MO
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri 63105
(314) 802-3935
(314) 802-3936 (FAX)
sarah.kuehnel@ogletreedeakins.com
bradley.tharpe@ogletreedeakins.com

**ATTORNEYS FOR DEFENDANTS**

-3-

-4-

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 15th day of May, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.  In addition, the undersigned certifies that on the 15th day of May, 2023, a copy of the foregoing was also sent via e-mail to the following counsel of record for Plaintiff:

Jeffrey D. Hackney
HKM Employment Attorneys, LLP
7382 Pershing Ave., Ste. 1W
St. Louis, MO 63130
jhackney@hkm.com

ATTORNEY FOR PLAINTIFF

/s/*Bradley W. Tharpe*

56277585.v1-OGLETREE